IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LUTHER R. WOODS,**

    **Petitioner,**

**v.**                              **Case No.  4:17cr45-MW/GRJ**

**PAMELA J. BONDI,**

    **Respondent.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 4.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The petition, ECF No. 1, is **DISMISSED**."   The Clerk shall close the file.

**SO ORDERED on February 21, 2017.**

                                                **s/Mark E. Walker            \_\_\_\_**
                                                **United States District Judge**